# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NICHOLAS ANDREW PALMER,

    Petitioner,

vs.

JAMES SCALLY, et al.,

    Respondents.

Case No. 2:13-cv-00067-GMN-VCF

**ORDER**

    Mail to petitioner has been returned (#10) with the notation that petitioner is no longer residing at the Casa Grande Transitional Housing and has not left a forwarding address. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

    **DATED** this 9th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court